**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-25895-ALTMAN**

**CARLOS A. GUERRERO-JIMENEZ**,

*Petitioner*,

*v.*

**MARWAYNE MULLIN**, *et al.*,

*Respondents*.
_______________________________________/

**ORDER**

Our Petitioner, Carlos A. Guerrero-Jimenez, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 seeking "an immediate bond hearing or release from detention[.]" Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1] at 4. The Respondents now inform us that "[o]n October 27, 2026, [Guerrero-Jimenez], represented by counsel, had a bond hearing in front of an immigration judge," who "granted [his] custody redetermination request and ordered that [he] be released from custody under bond." Notice of Bond Hearing [ECF No. 10] at 1. Accordingly, we hereby **ORDER and ADJUDGE** that the Petition [ECF No. 1] is **DISMISSED as moot**. We **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on October 29, 2026.



**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov